# United States Bankruptcy Court

Eastern District of Louisiana

EDWARD JONES
JEAN ROME JONES
3708 VENTURA DR.
CHALMETTE LA 70043

15-11137
Chapter 13
Section A

## ORDER DISALLOWING CLAIM

Pursuant to the hearing set for September 15, 2015 on the Trustee's Objection to the prescribed claim that was filed in this case on July 30, 2015, in the amount of $3,295.55, by this creditor:

Creditor:                                   Court's claim #32

ARMY & AIR FORCE EXCHANGE SERVICES          Account #8494
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON AZ 85712

After considering the pleadings, the Court being of the opinion that the claim is subject to liberative prescription based on the proof of claim itself.

IT IS ORDERED that the claim is DISALLOWED.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 18, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge